# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00176-CR

**Curtis Adams, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NO. D-1-DC-11-904084, HONORABLE BOB PERKINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Curtis Adams appeals a judgment of conviction dated November 17, 2011. Notice of appeal was due 30 days from the date sentence was imposed. *See* Tex. R. App. P. 26.2(a). Notice of appeal in this case was due by December 19, 2011, and not filed until February 17, 2012. Because the notice of appeal was not timely filed, this Court does not have jurisdiction over the appeal. Accordingly, we dismiss this appeal for want of jurisdiction.

_____

Diane M. Henson, Justice

Before Justices Puryear, Henson and Goodwin

Dismissed for Want of Jurisdiction

Filed: May 9, 2012

Do Not Publish